```
         FILED            RECEIVED
         ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

              JAN - 4 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-00446-LDG (RJJ)<br>) |
| CELSO BOTELLO, | )<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT CELSO BOTELLO

On September 10, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P.32.2(b)(1) and (2); Title 21, United States Code, Section 853 (a)(1), (a)(2), and (p) forfeiting property of defendant CELSO BOTELLO to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant CELSO BOTELLO.

DATED this ~~16th~~ 4th day of ~~December, 2010.~~ January 2011

_____
UNITED STATES DISTRICT JUDGE