1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                                  **DISTRICT OF NEVADA**
8  UNITED STATES OF AMERICA,           )
                                       )
9              Plaintiff,              )
                                       )
10       v.                            )      2:10-CR-446-LDG (RJJ)
                                       )
11 CELSO BOTELLO,                      )
                                       )
12             Defendant.              )

13                            **FINAL ORDER OF FORFEITURE**

14        On September 9, 2010, the United States District Court for the District of Nevada filed a

15 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States

16 Code, Section 853(a)(2), based upon the plea of guilty by defendant CELSO BOTELLO to a criminal

17 offense, forfeiting specific property alleged in the Superseding Criminal Information and shown by

18 the United States to have a requisite nexus to the offense to which defendant CELSO BOTELLO pled

19 guilty.

20        This Court finds the United States of America published the notice of the forfeiture in

21 accordance with the law on November 22, 2010, November 29, 2010, and December 6, 2010, in the

22 Las Vegas Review-Journal/Sun, further notifying all known third parties of their right to petition the

23 Court.

24        This Court finds no petition was filed herein by or on behalf of any person or entity and the

25 time for filing such petitions and claims has expired.

26        . . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) $3,269.32 seized from Wells Fargo Account Number 5129131933;

b) $58,513.96 seized from Wells Fargo Account Number 1253406126;

c) a ballistic vest;

d) a Echasa-Eibar 22 caliber handgun and magazine serial number 63817;

e) Ruger P95 9 mm handgun and magazine serial number 316-52236;

f) Beretta 32 auto handgun and two magazines serial number DAA 397172;

g) gold plated Desert Eagle .41/cal/.44 cal handgun and magazine serial number 55592;

h) Smith and Wesson model M&P 15 long rifle and magazine serial number 31252; and

i) any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _27_ day of _Jan_, 2011.

_____
UNITED STATES DISTRICT JUDGE